**FILED**

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0078

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0078

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                               O R D E R

MICHEL SCOTT DULANEY,

     Defendant and Appellant.

_____

Quentin M. Rhoades, counsel for Appellant Michel Scott Dulaney, has filed a Motion to Withdraw as Dulaney's counsel and appoint the Appellate Defender Division (ADD) to represent Dulaney in his appeal.

IT IS HEREBY ORDERED that the Motion to Withdraw is GRANTED.

The Appellate Defender Division shall have 30 days from the date of this Order within which to file either a notice of appearance or a motion to rescind this Order appointing counsel. In the event the Appellant qualifies for appointed counsel, the Appellate Defender Division shall immediately order transcripts.

The Clerk is directed to provide a copy of this Order to counsel of record, to Appellant Michel Scott Dulaney, and to the Appellate Defender Division.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2023